IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AURORA KHASHCHUK,

        Plaintiff,                No. CIV. S-04-1526 GEB PAN

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,                               ORDER

        Defendant.
_____/

    This matter is before the court on plaintiff's failure to serve process upon defendant.  The matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On March 9, 2005, Judge Nowinski filed findings and recommendation which were served on all parties and objections were to be filed within ten days after service.  Neither party has filed objections to the findings and recommendation.

1

1  The court has reviewed the file and finds the findings
2 and recommendation to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5      1.  The Findings and Recommendation filed March 9, 2005, are
6 adopted in full;
7      2.  This action is dismissed.
8 Dated:  July 18, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge